NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SEMICONDUCTOR CONNECTIONS LLC,**
*Plaintiff-Appellant*

v.

**TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED, TSMC NORTH AMERICA,**
*Defendants-Appellees*

_____

2021-2074

_____

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-00109-ADA, Judge Alan D. Albright.

_____

**JUDGMENT**

_____

DAVE R. GUNTER, Friedman, Suder & Cooke, Fort Worth, TX, argued for plaintiff-appellant. Also represented by JONATHAN TAD SUDER.

BLAIR MARTIN JACOBS, McKool Smith, P.C., Washington, DC, argued for defendants-appellees. Also represented by ALAN WHITEHURST; JAMES ELROY QUIGLEY, JOEL LANCE THOLLANDER, Austin, TX; DAVID SOCHIA, Dallas, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, MAYER, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>March 11, 2022</u>  /s/ Peter R. Marksteiner
Date  Peter R. Marksteiner
 Clerk of Court